In the Matter of the Construction of the Will of MICHAEL G. FARHART, Deceased. PHILIP FARHART, Individually and as Executor of MICHAEL G. FARHART, Deceased, et al., Appellants; EDWARD G. FARHART, et al., Respondents.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur; Coon, J., not voting. [25 Misc 2d 231.]